No. 10-8693. Alton E. Dean, Petitioner v. Kelli Toni, et al.

563 U.S. 909, 131 S. Ct. 1794, 179 L. Ed. 2d 664, 2011 U.S. LEXIS 2590.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-8725. Willie Thomas West, Jr., Petitioner v. Jack Palmer, Warden, et al.

563 U.S. 909, 131 S. Ct. 1795, 179 L. Ed. 2d 664, 2011 U.S. LEXIS 2497.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 10-8743. D. G., Petitioner v. Louisiana.

563 U.S. 909, 131 S. Ct. 1795, 179 L. Ed. 2d 664, 2011 U.S. LEXIS 2584.

March 28, 2011. Petition for writ of certiorari to the Court of Appeal of Louisiana, Fourth Circuit, denied.

Same case below, 40 So. 3d 409.

No. 10-8753. Billy Charles Aaron, Petitioner v. Grant Harris, Warden, et al.

563 U.S. 909, 131 S. Ct. 1795, 179 L. Ed. 2d 664, 2011 U.S. LEXIS 2570.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-8754. Eddie Armant, Petitioner v. Steve Rader, Warden.

563 U.S. 909, 131 S. Ct. 1795, 179 L. Ed. 2d 664, 2011 U.S. LEXIS 2460,

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

No. 10-8758. Kamal K. Patel, Petitioner v. United States, et al.

563 U.S. 909, 131 S. Ct. 1795, 179 L. Ed. 2d 664, 2011 U.S. LEXIS 2438.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 399 Fed. Appx. 355.

No. 10-8799. Devon Bell, Petitioner v. Pennsylvania.

563 U.S. 909, 131 S. Ct. 1796, 179 L. Ed. 2d 664, 2011 U.S. LEXIS 2446.

March 28, 2011. Petition for writ of certiorari to the Superior Court of Pennsylvania, Philadelphia Office, denied.

Same case below, 4 A.3d 690.

No. 10-8802. Anna Maria January, Petitioner v. Michael J. Astrue, Commissioner of Social Security.

563 U.S. 909, 131 S. Ct. 1796, 179 L. Ed. 2d 664, 2011 U.S. LEXIS 2531.

March 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 400 Fed. Appx. 929.